IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO FILE MOTION FOR REHEARING AND DISPOSITION THEREOF IF FILED

ERIK NUNEZ,

      Petitioner,

v.                                  Case No.  5D17-331

STATE OF FLORIDA,

      Respondent.

_____/

Opinion filed February 17, 2017

Petition for Belated Appeal
A Case of Original Jurisdiction.

Gregory E. Williams, II, Assistant Regional Counsel, Office of Regional Criminal Conflict, Casselberry, for Petitioner.

No appearance for Respondent.


PER CURIAM.

The petition for belated appeal is granted.  A copy of this opinion shall be filed with the trial court and be treated as the notice of appeal from the December 6, 2016, judgment and sentence in Case No. 2015-CF-015448-A-O, in the Circuit Court in and for Orange County, Florida.  See Fla. R. App. P. 9.141(c)(6)(D).


      PETITION GRANTED.


SAWAYA, EVANDER and EDWARDS, JJ., concur.